UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| RANTOUL TRUCK CENTER, L.L.C., an Illinois limited liability company,<br><br>Plaintiff,<br>v.<br><br>CENTURY DISPOSAL, INC., a Texas corporation, GLEN E. WHITE, an individual, SANDRA H. WHITE, an individual,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 06-2240<br>)<br>)<br>)<br>)<br>)<br>) |

## REPORT AND COMMENDATION

On January 24, 2007, Plaintiff filed a Motion for Entry of Default (#7) praying that the Court enter an Order finding Defendant Sandra H. White in default. According to the record, summons was served on Defendant Sandra H. White on January 3, 2007. Her answer or other pleading was due January 23, 2007. On February 12, 2007, a Motion to Dismiss (#8) was filed. Defendant Sandra H. White is one of the movants in that motion.

Defendant White did not file a responsive pleading by the original due date. Nevertheless, she has appeared in the matter and is one of the movants in the aforementioned Motion to Dismiss. While the Court does not take lightly its obligation to enforce the rules, it also has a strong preference for resolution on the merits. Accordingly, I recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the Motion for Entry of Default **(#7)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 29th day of March, 2007.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE