# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

_____

| | |
|---|---|
| **RANTOUL TRUCK CENTER, L.L.C.,** an Illinois limited liability company )<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| vs. ) | Case No. 06-2240 |
| ) | |
| **CENTURY DISPOSAL, INC.**, a Texas corporation, **GLEN E. WHITE**, an individual, and **SANDRA H. WHITE**, an individual, )<br>)<br>)<br>) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#14) was filed by the Magistrate Judge in the above cause on March 29, 2007. The Magistrate Judge recommended that the Motion for Entry of Default (#7) filed by Plaintiff as to Defendant Sandra White be DENIED. On March 30, 2007, Plaintiff filed a Notice (#16) indicating it had no objection to the Report and Recommendation. The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Plaintiff's Motion for Entry of Default (#7) is DENIED.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 17th day of April, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE